**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| LONE PINE RESOURCES INC., *et al.*[1] | Case No. 13-12487 (BLS) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |
| | **Re: Docket No. 96** |

**STATEMENT OF THE LIMITED SHAREHOLDER GROUP IN SUPPORT OF THE
FIRST AMENDED PLAN OF COMPROMISE AND ARRANGEMENT**

Certain holders (the "Limited Shareholder Group")[2] of the issued and outstanding common stock of Lone Pine Resources, Inc., by and through their undersigned counsel, hereby submit this Statement of Support with respect to First Amended and Restated Plan of Compromise and Arrangement [Docket No. 96, at Exhibit F] (the "First Amended Plan") filed by the above-captioned debtors (collectively, the "Debtors"), and respectfully represent as follows:

**STATEMENT**

1. Subject to paragraph 2 hereof, the Limited Shareholder Group hereby confirms that it supports the making of the Sanction Order and the Sanction Recognition Order (as defined in the First Amended Plan) and the implementation of the First Amended Plan.

2. The Limited Shareholder Group reserves all of its rights in accordance with Section 3.12 of the First Amended Plan, including in the event that it is determined that the conditions in section 3.12 of the First Amended Plan have not been satisfied and/or section 3.13

---

[1] The Debtors in the foreign proceeding, along with the last four digits of the United States Tax Identification Number or Canadian Business Number, as applicable, of each of the Debtors are as follows: (i) Lone Pine Resources Inc. (9606); (ii) Lone Pine Resources Canada Ltd. (0801); (iii) Lone Pine Resources (Holdings) Inc. (8023); (iv) Wiser Delaware LLC (7365); and (v) Wiser Oil Delaware, LLC (9737).

[2] The Limited Shareholder Group consists of the parties identified on Schedule A to the First Amended Plan.

-2-

of the First Amended Plan is not effective or operative, and/or in the event that the First Amended Plan is not sanctioned and implemented.

| | |
|---|---|
| Dated: January 6, 2014<br>Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br>/s/ David B. Stratton<br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Michael J. Custer (DE No. 4843)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br><br>*Counsel for the Limited Shareholder Group* |