IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 15 |
| LONE PINE RESOURCES INC., *et al.*,[1] | Case No. 13-12487 (BLS) |
| Debtors in a Foreign Proceeding. | Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 16, 2014 AT 11:00 A.M. (EST)

*AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT*

**I.   RESOLVED MATTER:**

1. Foreign Representative's Motion for an Order Recognizing and Enforcing the Order of the Canadian Court Sanctioning and Approving the CCAA Plan [Docket No. 94; filed 12/23/13]

    Objection Deadline:   January 6, 2014 at 4:00 p.m. (EST);
    Extended to January 8, 2014 at 4:00 p.m. (EST) for J.P. Morgan Securities LLC, Credit Suisse Securities (USA) LLC and TD Securities (USA) LLC

    Objections/Responses Received: None.

    Related Documents:

    i.   Notice of Filing of Plan Supplement and Amended and Restated CCAA Plan [Docket No. 96; filed 12/30/13]

    ii.  Statement of the Limited Shareholder Group in Support of the First Amended Plan of Compromise and Arrangement [Docket No. 98; filed 1/6/14]

    iii. Notice of Filing of Revised Proposed Sanction Order [Docket No. 99; filed 1/9/14]

---

[1] The Debtors in the foreign proceeding, along with the last four digits of the United States Tax Identification Number or Canadian Business Number, as applicable, of each of the Debtors are as follows:  (i) Lone Pine Resources Inc. (9606); (ii) Lone Pine Resources Canada Ltd. (0801); (iii) Lone Pine Resources (Holdings) Inc. (8023); (iv) Wiser Delaware LLC (7365); and (v) Wiser Oil Delaware, LLC (9737).

RLF1 9756616v.1

    iv.    Notice of Filing of Monitor's Eighth Report to Court [Docket No. 100; filed 1/9/14]

    v.    Certification of No Objection Regarding Foreign Representative's Motion for an Order Recognizing and Enforcing the Order of the Canadian Court Sanctioning and Approving the CCAA Plan [Docket No. 101; filed 1/9/14]

    vi.    Order Recognizing and Enforcing the Order of the Canadian Court Sanctioning and Approving the CCAA Plan [Docket No. 103; entered 1/10/14]

Status: On January 10, 2014, the Court entered an order granting the relief requested. Accordingly, no hearing on this matter is necessary.

Dated: January 10, 2014  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Lee E. Kaufman*  
Mark D. Collins (No. 2981)  
Lee E. Kaufman (No. 4877)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701

- and -

Steven M. Abramowitz  
VINSON & ELKINS LLP  
666 Fifth Avenue  
26th Floor  
New York, New York 10103  
Telephone: (212) 237-0137  
Facsimile: (917) 849-5381

- and -

3

                Rebecca L. Petereit
                VINSON & ELKINS LLP
                Trammell Crow Center
                2001 Ross Avenue, Suite 3700
                Dallas, Texas 75201-2975
                Telephone: (214) 220-7700
                Facsimile: (214) 220-7716

*Attorneys for the Foreign Representative*

3